1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10
ANDRE LAMONT FARMER,                 )   CASE NO. CV 11-7238-VBF (PJW)
11                                   )
                    Petitioner,      )   ORDER TO SHOW CAUSE WHY PETITION
12                                   )   SHOULD NOT BE DISMISSED
                    v.               )
13                                   )
TERRI L. GONZALEZ,                   )
14                                   )
                    Respondent.      )
15  _____)

16      On August 24, 2011, Petitioner filed a Petition for Writ of

17  Habeas Corpus, seeking to challenge his March 2004 state conviction

18  for burglary.  (Petition at 2.)  In the Petition, he claims that he

19  received an unlawful sentence.  (Petition at 5, attached pages 9-10.)

20  For the following reasons, Petitioner is ordered to show cause why his

21  Petition should not be dismissed because it is time-barred.

22      State prisoners seeking to challenge their state convictions in

23  federal habeas corpus proceedings are subject to a one-year statute of

24  limitations.  28 U.S.C. § 2244(d).  Here, Petitioner's conviction

25  became final on May 4, 2004--60 days after Petitioner was sentenced

26  and the time expired for him to file an appeal.  *See Mendoza v. Carey*,

27  449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.2d

28  1057, 1060 (C.D. Cal. 2001).  Therefore, the statute of limitations

1 expired one year later, on May 4, 2005.  *See Patterson v. Stewart*, 251

2 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file

3 this Petition until August 2011, more than six years after the

4 deadline.

5      IT IS THEREFORE ORDERED that, no later than **October 10, 2011**,

6 Petitioner shall inform the Court in writing why this case should not

7 be dismissed with prejudice because it is barred by the statute of

8 limitations.  Failure to timely file a response will result in a

9 recommendation that this case be dismissed.

10      DATED: September 9, 2011

11

12

13      PATRICK J.  WALSH
        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 S:\PJW\Cases-State Habeas\FARMER, A 7238\OSC dismiss pet.wpd

2