1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10
ANDRE LAMONT FARMER,            )   CASE NO. CV 11-7238-VBF (PJW)
11                              )
                Petitioner,     )   ORDER TO SHOW CAUSE WHY PETITION
12                              )   SHOULD NOT BE DISMISSED
            v.                  )
13                              )
TERRI L. GONZALEZ,              )
14                              )
                Respondent.     )
15 _____  )

16      On August 24, 2011, Petitioner filed a Petition for Writ of

17 Habeas Corpus, seeking to challenge his March 2004 state conviction

18 for burglary. (Petition at 2.)  In the Petition, he claims that he

19 received an unlawful sentence. (Petition at 5, attached pages 9-10.)

20 For the following reasons, Petitioner is ordered to show cause why his

21 Petition should not be dismissed because it is time-barred.

22      State prisoners seeking to challenge their state convictions in

23 federal habeas corpus proceedings are subject to a one-year statute of

24 limitations.  28 U.S.C. § 2244(d).  Here, Petitioner's conviction

25 became final on May 4, 2004--60 days after Petitioner was sentenced

26 and the time expired for him to file an appeal. *See Mendoza v. Carey*,

27 449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.2d

28 1057, 1060 (C.D. Cal. 2001).  Therefore, the statute of limitations

expired one year later, on May 4, 2005.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however, did not file this Petition until August 2011, more than six years after the deadline.

IT IS THEREFORE ORDERED that, no later than **October 10, 2011**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations.  Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: <u>September 9, 2011</u>

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\FARMER, A 7238\OSC dismiss pet.wpd