UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LAMONT FARMER, | ) | CASE NO. CV 11-7238-VBF (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| TERRI L. GONZALEZ, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   November 30, 2011  .

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd