1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   ANDRE LAMONT FARMER,              )        CASE NO. CV 11-7238-VBF (PJW)
                                       )
11                  Petitioner,        )
                                       )        J U D G M E N T
12             v.                      )
                                       )
13   TERRI L. GONZALEZ,                )
                                       )
14                  Respondent.        )
     ──────────────────────────────── )

15

16        Pursuant to the Order Accepting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

         DATED:    _November 30, 2011_ .

21

22

23

24   _____
     VALERIE BAKER FAIRBANK
     UNITED STATES DISTRICT JUDGE

25

26

27

28   C:\Temp\notesE1EF34\Judgment.wpd